### JOHN C. LOVE *v.* G. P. HARRISON, ET AL.

**Damages on Dissolution of Injunction.**
> It is only necessary to assess damages on dissolution of an injunction in those cases where such injunction was to stay proceedings on a judgment.

#### APPEAL FROM PULASKI CIRCUIT COURT.

April 14, 1880.

OPINION BY JUDGE COFER:

It is only necessary to assess the damages on the dissolution of an injunction in cases in which the injunction was to stay proceedings on a judgment. Section 295, Civil Code; *Rankin v. Estes,* 13 Bush 428; *Logsden v. Willis,* 14 Bush 183.

Judgment *reversed* and cause remanded with directions to overrule the demurrer to the petition.

*Morrow & Newell, for appellant.*